### In re Al WILLIAMS.

No. A-4009.   Opinion Filed July 19, 1921.
(198 Pac. 98.)

Application of Al Williams for writ of habeas corpus to obtain admission to bail. Bail denied.

Welch & Welch, for petitioner.

The Attorney General, W. C. Hall, Asst. Atty. Gen., and Charles E. McPherren, for respondent.

PER CURIAM. This is an application by Al Williams for a writ of habeas corpus to obtain admission to bail on the

charge of murder, complaint filed May 24, 1921, before Geo.
R. Childers, justice of the peace of Antlers township, Push-
mataha county, charging the murder of one W. L. Bowlin,
wherein upon his preliminary examination petitioner was
bound over to the district court without bail.

Petitioner avers that heretofore he has applied to the
district court of said county for a writ of habeas corpus to
be admitted to bail and on the hearing thereon bail was de-
nied.

Petitioner avers that upon the evidence introduced at
his preliminary examination, together with the affidavits of
certain other persons, which are presented herewith, it is
shown that the proof of his guilt is not evident, nor the pre-
sumption thereof great, that therefore petitioner is entitled
to be let to bail pending his trial on said charge.

The evidence for the state offered on the preliminary
examination shows that about sunrise on the 19th day of
May, 1921, the petitioner did kill and murder W. L. Bowlin,
by shooting him with a shotgun; that the charge entered
behind the right ear, a few shot entering the neck and should-
er. The shooting occurred on the place of the deceased, in
a small pasture where he kept his work horses. The evidence
shows that the body was found a few minutes later in a
little glade surrounded by a thicket and two bridles were
lying near the body. No weapon of any kind was found on
or near the body. Petitioner admits the killing, but claims
that it was done in his necessary self-defense.

We have examined the record and without entering into
a discussion of the facts as disclosed by the proof, we deem
it only necessary to say that upon a careful consideration
of all the testimony presented in support of the application,
we are of opinion that petitioner is not entitled to be let

to bail as a matter of legal right. It is therefore considered and ordered that the writ be denied and bail refused.